# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

NICK WINTERS,

    *Plaintiff*

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    *Defendant*

Civil Action No. 1:15-CV-3073-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 15) is GRANTED IN PART; Defendant's Motion for Summary Judgment (ECF No. 19) is DENIED; and Judgment is entered in favor of Plaintiff and against Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Robert H. Whaley on motions for summary judgment.

Date: 05/06/2016

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
    *(By) Deputy Clerk*
Cora Vargas